| | |
|---|---|
| PEREZ MORRIS  LLC<br>BY: JENNIFER SHORR<br>ATTORNEY I.D. NO. 74373<br>1 INTERNATIONAL BLVD.<br>SUITE 400<br>MAHWAH, NJ 07495<br>(201)512-8707<br>jshorr@perez-morris.com | Attorney for Defendant,<br>American Airlines, Inc. (incorrectly designated as American Airlines Group, Inc. and American Airlines, Inc.) |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| GREGORY LAGANA : | |
| : | CASE NO: 2:19-CV-00435 – MCA-SCM |
| v. : | |
| : | |
| AMERICAN AIRLINES GROUP, : | |
| INC., AMERICAN AIRLINES, INC., : | |
| JOHN DOE AMERICAN AIRLINES : | |
| FLIGHT ATTENDANTS 1-5 (fictitious : | |
| designations) : | |

**ENTRY OF APPEARANCE**

TO THE CLERK OF COURT:

Kindly enter my appearance as counsel on behalf of defendant, American Airlines, Inc. (incorrectly designated as American Airlines Group, Inc. and American Airlines, Inc.) in the above captioned matter.

**PEREZ MORRIS LLC**

By:  _____
 Jennifer Shorr
 Attorney for Defendant, American Airlines, Inc. (incorrectly designated as American Airlines Group, Inc. and American Airlines, Inc.)